AO 442 (Rev. 11/11) Arrest Warrant

11817982

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 1:25cr38-5 |
| Troi Graham | ) | |
| | ) | |
| | ) | 8:59 pm Jun 05, 2025 |
| | ) | **RECEIVED** |
| Defendant | | EASTERN DISTRICT OF TEXAS |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Troi Graham     ,
who is accused of an offense or violation based on the following document filed with the court:

SEALED
☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count One - 18 USC § 1349 - Conspiracy to Commit Bank Fraud and Wire Fraud
Counts Two, Three, Four, Five and Six - 18 USC § 1344 - Bank Fraud
Counts Fourteen and Fifteen - 18 USC § 1343 - Wire Fraud

Date:    06/04/2025

_David A. O'Toole_
*Issuing officer's signature*

City and state:    Beaumont, Texas

David A. O'Toole - Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) 06/05/2025, and the person was arrested on (date) 11/14/2025
at (city and state) Beaumont, TX.

Date: 01/06/2026

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN - 7 2026

*Arresting officer's signature*

Nicholas Roten DUSM
*Printed name and title*

BY
DEPUTY_____