UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA
v.
TROI GRAHAM
Case No. 1:25-CR-38-5

MOTION TO SUBSTITUTE COUNSEL AND TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Defendant, Troi Graham, respectfully moves this Court for an Order:

1. Substituting current court-appointed counsel, and
2. Extending or tolling the 30-day deadline for filing pretrial motions set forth in the Court's January 6, 2026 Discovery Order.

I. BACKGROUND

On January 6, 2026, the Court entered a Discovery Order requiring the Government to produce discovery and setting a 30-day deadline for filing defenses, objections, and motions capable of determination without trial.

Since that time, Defendant has made multiple written requests to appointed counsel for an estimated timeline regarding receipt of discovery.

Counsel's office has repeatedly stated that discovery is "being compiled" but has not provided an estimated completion date, and no discovery has been provided to Defendant as of January 21, 2026.

Defendant also contacted supervisory staff for assistance regarding the lack of response and discovery timeline but received no response.

Because discovery has not been provided, Defendant is unable to meaningfully review the evidence, evaluate possible defenses, or determine which motions should be filed within the Court's 30-day deadline.

II. GROUNDS FOR SUBSTITUTION OF COUNSEL

There has been a breakdown in communication between Defendant and appointed counsel regarding the status of discovery, the timeline for receipt, and defense strategy during the 30-day motion window.

Defendant is unable to meaningfully participate in preparation of his defense without access to discovery or timely communication.

Defendant respectfully requests appointment of new counsel so that his rights can be protected and the case can proceed fairly and efficiently.

III. GROUNDS FOR EXTENSION / TOLLING OF 30-DAY DEADLINE

The Court's January 6, 2026 Order requires pretrial motions to be filed within 30 days.

Because discovery has not been provided, Defendant cannot review evidence, identify legal issues, determine appropriate motions, or preserve defenses.

Defendant therefore respectfully requests that the Court extend or toll the 30-day motion deadline until discovery is produced and new counsel is appointed.

IV. REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court:

A. Grant substitution of court-appointed counsel;
B. Extend or toll the 30-day pretrial motion deadline; and
C. Grant any further relief the Court deems just and proper.

Respectfully submitted,

Troi Graham
Defendant, Pro Se
3829 Roosevelt
Dearborn, MI 48124
Email: troigraham202@gmail.com

Troj Graham
3829 Roosevelt
Dearborn Mi 48124

SHIP TO:
STE 104
300 WILLOW ST
BEAUMONT TX 77701-2217

USPS TRACKING® #

9505 5120 0821 6021 8891 49

C060





CLERK, U.S. DISTRICT COURT
RECEIVED
JAN 27 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Beaumont Eastern District of Texas
District Cort
300 Willow Street Suite 104
Beaumont Texas, 77701