IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 1:25-CR-38 |
| TROI GRAHAM | § | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING DISCOVERY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The Defendant TROI GRAHAM, by and through undersigned counsel respectfully requests that the Court modifies the Government's protective order regarding discovery to be provided in this case.

Defendant submits the following:

1. Defendant objects to paragraph 11, page 3 of Governments proposed protective order:

    11. Ordering that Defense Counsel may review the PII with T. Graham, however, Defense counsel may not make a copy of the PII nor provide the PII to the Defendant.

Defendant Submits the following to the Court for consideration:

1. Defendant is a resident of the State of Michigan;
2. This Attorney is Court Appointed to represent her in this matter;
3. Defendant based on the distance should be able to review her discovery in hard copy form, in hand so she can review it at her convenience.
4. This would allow Defendant and Attorney effective communication between both

parties to prepare for the defense.

Defendant has no objection to the Government's request not to disclose other's personal information which this writer would redact any such information before releasing discovery to the Defendant.

Therefore, Defendant requests the Court to consider her requests and allow her attorney be able to provide a redacted hard copy of her discovery.

Respectfully submitted,

By */s/Thomas J. Burbank*
Thomas J. Burbank
6845 Phelan Blvd.
Beaumont, TX  77706
(409)895-0200
FAX (409)895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com

CERTIFICATE OF CONFERENCE

I do hearby certify that I have conferred with the United States Attorney regarding the merits of Defendant's response to Government's Motion, on this 27th day of January 2026.

*/s/Thomas J. Burbank*
Thomas J. Burbank

E- FILE CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument is being served upon all counsel of record herein, by:

E-FILING AND E-SERVICE

On this the 27th day of January 2026.

*/s/Thomas J. Burbank*
Thomas J. Burbank