

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO: 1:25CR38 |
| TROI GRAHAM (5) | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY AS TO SUPERSEDING INDICTMENT

The defendant in the above-referenced case, along with his/her undersigned attorney, hereby acknowledges the following:

1. Defendant has received a copy of the indictment, information or complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her constitutional rights, after being advised of all the above by his/her attorney.

2. Defendant understands he/she has the right to appear personally with his/her attorney before a judge for arraignment in open court on his accusation. Defendant further understands that, absent the present waiver, her/she will be arraigned in open court at the time and date previously designated.

3. Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the court of said plea for defendant will conclude the arraignment in the case for all purposes.

4. Defendant understands that he/she has a right to a minimum period of time prior to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: __02/16/2026__

_____
Defendant Signature

_____
Attorney Signature

THOMAS J. BURBANK
Attorney Name

6845 Phelan BLVD Bmt TX
Address

409 895 0200
Phone Number

## ORDER

APPROVED BY THE COURT, A plea of **"not guilty"** is entered for defendant effective this date.

Signed this 17th day of February, 2026

_____
U.S. Magistrate Judge

**\*\*ALL ARRAIGNMENT WAIVERS MUST BE RETURNED TO MAGISTRATE JUDGE CONDUCTING THE HEARING AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT\*\***