IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL ACTION NO. 1:25-CR-00038-MAC

TROI GRAHAM (5)

DEFENDANT TROI GRAHAM'S RENEWED MOTION TO SUBSTITUTE COUNSEL,
MOTION TO EXTEND PRETRIAL MOTION DEADLINES,
REQUEST FOR DECISION WITHOUT ORAL ARGUMENT,
AND RESERVATION OF RIGHTS

TO THE HONORABLE COURT:

Defendant Troi Graham respectfully submits this Renewed Motion to Substitute Counsel, Motion to Extend Pretrial Motion Deadlines, Request for Decision Without Oral Argument, and Reservation of Rights.

This motion is made in good faith to protect Defendant's constitutional rights under the Fifth and Sixth Amendments and to ensure meaningful ability to participate in preparation of the defense.

I. PROCEDURAL BACKGROUND

1. Defendant previously moved for substitution of counsel and additional time to prepare pretrial motions.
2. The Court denied the prior motion as premature, subject to reassertion following entry of the Protective Order governing discovery.
3. The Court's current scheduling order sets June 8, 2026, as the deadline for filing suppression motions and June 22, 2026, as the deadline for continuance motions.

II. SIXTH AMENDMENT BASIS FOR RELIEF

4. The Sixth Amendment guarantees the right to effective assistance of counsel, which includes the ability to communicate meaningfully with counsel and participate in defense preparation.
5. Where communication has broken down to the extent that it materially interferes with defense preparation, substitution of counsel may be warranted.

III. HISTORY OF COMMUNICATION BREAKDOWN

6. Over the past approximately six (6) months, Defendant has made repeated good-faith efforts to communicate with counsel regarding case preparation, including review of

discovery, evaluation of potential pretrial motions, and preparation for the suppression-motion deadline.

7. These communications included requests to review discovery materials and to discuss the government's evidence and potential pretrial issues necessary for adequate defense preparation.
8. Despite these repeated efforts, Defendant has not received meaningful or sufficient consultation regarding key aspects of the defense, including substantive discussion of discovery and pretrial motion strategy.
9. As a result, Defendant is unable to meaningfully participate in defense preparation or adequately assist counsel in preparing for critical pretrial deadlines, including the upcoming motion-to-suppress deadline.
10. Defendant respectfully submits that the communication breakdown is not a disagreement over legal strategy, but a failure of communication that materially impairs the ability to prepare an effective defense.

IV. REQUEST FOR EXTENSION OF DEADLINES

11. Defendant respectfully requests a reasonable extension of the deadline for filing suppression motions and related pretrial motions.
12. Additional time is necessary to allow adequate review of discovery and evaluation of potential suppression issues, particularly if substitute counsel is appointed.
13. This request is made in good faith and not for purposes of delay, but to protect Defendant's constitutional rights and prevent prejudice to the defense.

V. REQUEST FOR DECISION WITHOUT ORAL ARGUMENT

14. Defendant respectfully requests that the Court decide this motion on the written submissions without oral argument if the Court deems appropriate.
15. Defendant represents that personal appearance proceedings would create substantial hardship due to ongoing family medical responsibilities involving Defendant's daughter's epilepsy condition.

VI. RESERVATION OF RIGHTS

16. Defendant respectfully preserves and reserves all rights concerning counsel, discovery review, suppression issues, venue, jurisdiction, and all other pretrial and constitutional matters.
17. Defendant further preserves all objections and appellate rights relating to any ruling on this motion.

VII. ADDRESS

Troi Graham
3829 Roosevelt
Dearborn, MI 48124
United States

VIII. WHEREFORE

Defendant respectfully requests that the Court:

A. Appoint substitute counsel;
B. Extend the deadline for suppression motions and related pretrial motions;
C. Decide this motion without oral argument if the Court deems appropriate; and
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Troi Graham
Troi Graham
Defendant, Pro Se

CERTIFICATE OF SERVICE

I certify that on May 20, 2026, I mailed a true and correct copy of this motion to counsel for the United States at the U.S. Attorney's Office for the Eastern District of Texas.

Respectfully submitted,

/s/ Troi Graham
Troi Graham

Troi Graham
3829 Roosevelt
Dearborn MI 48124

TROI GRAHAM
(517) 703-7720
THE UPS STORE #3239
4337 E GRAND RIVER AVE
HOWELL MI 48843-6583

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 04 JUN 2026

SHIP TO:
JACK BROOKS FEDERAL BLDG & US COURT
UNITED STATES DISTRICT CLERK
STE 104
300 WILLOW ST
BEAUMONT TX 77701

TX 777 0-01

UPS NEXT DAY AIR 1
TRACKING #: 1Z 593 W75 24 3155 8136

BILLING: P/P
SIGNATURE REQUIRED

MMVF3Z1A8CDYV ISH 13.00C ZZD23B EP 20.5V 05/2026

United States D...
... Brooks Federal Bldg a... Courthouse
...00 Willow Street Suite 104
...Beaumont Texas 77701

UNITED STATES DISTRICT CLERK
300 WILLOW ST
STE 104
BEAUMONT TX 77701

S: 111
P: 111
I: 111
AAKI — 1075
8136
1030

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 05 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

The UPS Store Smart Label
Tracking #
1Z593W75243155 8136