IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION

UNITED STATES OF AMERICA v. TROI GRAHAM Case No.: 1:25-cr-00038-MAC

NOTICE OF DEMAND FOR COUNSEL TO FILE PRETRIAL MOTIONS AND RESERVATION OF RIGHTS

Comes now the Defendant, Troi Graham, proceeding *pro se*, and hereby notifies the Court and the Government of the following:

1.  **Demand for Filing:** The Defendant has formally requested that his Counsel of Record file a Motion to Suppress Evidence in this matter by the June 8, 2026, scheduling order deadline.
2.  **Reservation of Rights:** The Defendant hereby gives notice that he does not waive, and expressly reserves, all challenges to the Court's jurisdiction, the appropriateness of venue, and the admissibility of all evidence presented by the Government.
3.  **Preservation of Record:** This Notice is filed to preserve the Defendant's rights and to create a clear record that the Defendant has demanded the filing of necessary pretrial motions.

**CERTIFICATE OF SERVICE** I hereby certify that a true and correct copy of the foregoing Notice was served upon the Counsel of Record and the United States Attorney for the Eastern District of Texas on this 2nd day of June, 2026.

Respectfully submitted,

/s/ Troi Graham Troi Graham 3829 Roosevelt Dearborn, MI 48124 517-554-6918

Signature

