**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL ACTION NO. 1:25-CR-00038-MAC** |
| **v.** | § | |
| **TROI GRAHAM (5)** | § | |
| | § | |
| | § | |

# DEFENDANT TROI GRAHAM'S EMERGENCY MOTION FOR SUBSTITUTION OF COURT-APPOINTED COUNSEL, NOTICE OF CONTINUOUS BREAKDOWN IN REPRESENTATION, AND RESERVATION OF RIGHTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Defendant Troi Graham, proceeding *pro se* solely to address the breakdown of court-appointed counsel, and respectfully moves this Court for the immediate substitution of appointed defense counsel, Mr. Thomas Burbank. Defendant files this emergency motion to notify the Court of counsel's failure to act on critical pretrial deadlines, to document a continuous breakdown in representation, and to preserve all constitutional, jurisdictional, and appellate rights.

## I. INTRODUCTION & PROCEDURAL POSTURE

1. Defendant Troi Graham is currently charged in the above-captioned matter and is represented of record by court-appointed attorney, Mr. Thomas Burbank.

2. Under the Court's Amended Pretrial Order (Dkt. #254), mandatory pretrial deadlines—including motions for continuance, notifications of trial/plea intent, and motions in limine—are actively expiring in October 2026.

## II. SPECIFIC GROUNDS FOR SUBSTITUTION & CONTINUOUS BREAKDOWN

3. The Sixth Amendment guarantees a criminal defendant effective assistance of counsel, requiring meaningful consultation, adherence to court deadlines, and diligent preparation of defense strategy.

4. Good cause exists for immediate substitution of appointed counsel due to a complete, continuous, and irreconcilable breakdown in communication and representation that materially impairs Defendant's ability to defend against these charges.

5. Specifically, counsel failed to conduct scheduled telephone consultations, including failing to call Defendant as scheduled on Friday, October 9, 2026, and has consistently failed to respond to urgent inquiries regarding mandatory court deadlines. Counsel has failed to prepare or file critical protective pretrial motions on Defendant's behalf despite express written demands.

**III. FACTUAL DISCOVERY DISCREPANCIES & RESERVATION OF RIGHTS**

7. Defendant explicitly notifies the Court and preserves for the record that all discovery produced in this matter originates from Michigan ("MI"), the underlying indictment and alleged activity occurred in Michigan rather than Texas, and police reports fail to identify or mention Defendant in connection with alleged victims.

8. Defendant hereby expressly preserves and reserves all challenges, objections, and appellate rights concerning improper venue and lack of territorial or subject-matter jurisdiction in the Eastern District of Texas.

9. Defendant further preserves and reserves all rights under the Fifth and Sixth Amendments regarding suppression of evidence, effective representation, discovery review, and all constitutional appellate remedies.

**IV. PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Defendant Troi Graham respectfully requests that this Honorable Court:

A. Grant this Motion for Substitution of Counsel;
B. Relieve Mr. Thomas Burbank as court-appointed counsel of record;
C. Appoint new, competent substitute counsel to protect Defendant's constitutional rights; and
D. Grant such other and further relief as the Court deems just and proper, while fully preserving all reserved appellate, venue, and jurisdictional rights.

Respectfully submitted,

**Troi Graham, Defendant Pro Se**
3829 Roosevelt
Dearborn, MI 48124
Phone: 517-492-4341

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12 day of October, 2026, a true and correct copy of the foregoing document was served via U.S. First-Class Mail and/or Express Delivery upon counsel of record:

**Thomas J. Burbank** (Defense Counsel)
505 West Lucas, Beaumont, TX 77706
Email: burbank_hamm@yahoo.com

**United States Attorney's Office**
Eastern District of Texas

Gmail Exhibit Troi Graham <troigraham202@gmail.com>

---

## THIRD URGENT REQUEST !!!!

1 message

---

**Troi Graham** <troigraham202@gmail.com> Tue, Jun 2, 2026 at 6:24 PM
To: Thomas Burbank <burbank_hamm@yahoo.com>, cjasupport@txed.uscourts.gov

**Dear Thomas Burbank,**

I am writing to you today to formally request that you file a Motion to Suppress regarding all evidence in my case.

As you are aware, the court's scheduling order sets the deadline for filing pretrial motions, including a Motion to Suppress, for June 8, 2026. This evidence is critical to my defense, and I believe there are clear legal grounds for suppression.

It is my constitutional right to have these issues litigated before trial.

If I do not see that you have filed any motions in my case since it has started. I will be forced to notify the Court of my request and your failure to act, as this jeopardizes my defense and my constitutional rights.

I expect a prompt response regarding this critical matter.

Sincerely,

Troi Graham

Ex. 02

Gmail

Troi Graham <troigraham202@gmail.com>

## UPDATE: CLARIFICATION OF DIRECTIVES / REQUEST TO WITHDRAW - US v. Troi Graham (1:25-cr-00038)

1 message

**Troi Graham** <troigraham202@gmail.com> Thu, Jun 11, 2026 at 12:49 AM
To: Thomas Burbank <burbank_hamm@yahoo.com>, cjasupport@txed.uscourts.gov

Dear Mr. Burbank,

I am writing to provide definitive clarification regarding my previous email.

To be completely clear: I am **not** instructing you to withdraw the pending Motion for Continuance (Document 199) from the court's consideration. Because your failure to communicate, failure to properly review discovery, and failure to timely file my Motion to Suppress has left the defense unprepared for a July trial, the additional time requested in that motion is now legally necessary to protect my rights and finalize my evidence. I want that continuance to remain active.

However, while I agree that the **time** must be kept, you cannot remain on this case. The attorney-client relationship is permanently broken. You have directly violated my written instructions, missed critical motion deadlines, I request that you **withdraw as Counsel of Record**.

You may state in your motion to withdraw that additional time is required for the defense to transition to new counsel, which preserves the necessity of the continuance for the court.

Please confirm by the end of business today that you will voluntarily file your Motion to Withdraw. If you do not, I will file my *Pro Se Motion for Substitution of Counsel* directly with the Clerk, making it clear to the Judge that while I agree the continuance must stand to fix the lack of case preparation, I absolutely require substitute counsel to take over.

Sincerely,

Troi Graham troigraham202@gmail.com 517-554-6918

Tris Graham
20049 Evergreen Meadows
Southfield MI 48076

Jack Brooks Federal Building & US Courthouse
300 Willow Street Suite 104
Beaumont, TX 77701

FedEx

Envelope

Re[illegible] me.

ORIGIN ID:DETA (517) 492-4341
TROI GRAHAM
20049 EVERGREEN MEADOWS RD
SOUTHFIELD, MI 48076
UNITED STATES US

SHIP DATE: 12OCT26
ACTWGT: 0.20 LB
CAD: 6570276/ROSA2710

TO JACK BROOKS
FEDERAL BUILDING US COURTHOUSE
300 WILLOW STREET
SUITE 104
BEAUMONT TX 77701

(999) 999-9999 REF:
INV:
PO: DEPT:

FedEx Express

E

REL# 3765346

TUE - 13 OCT 5:00P
STANDARD OVERNIGHT

TRK# 0201 8785 3953 2127

XA BMNTG

BPTA 77701
TX-US IAH

1521-1008
0775
FEDERAL BUILDING US COURTHOUSE
300 WILLOW ST
STE 104
BEAUMONT TX
77701-2217-29
TUE 10/13 08:22
E
EFP-1
SPPO-100V

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 13 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS