**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38 |
| | § | |
| RAYSEAN GRAHAM (7) | § | |

**ORDER**

Pending before the court is Defendant Raysean Graham's Motion for Time to File A Reply (#324). On October 13, 2026, Defendants'[1] filed a Joint Opposed Motion for Continuance of Trial and Motion Deadlines (#318). The Government filed a Response (#323).

Raysean Graham's Motion (#324) is GRANTED. Any reply in support of the motion for continuance shall be filed by **Friday, October 16, 2026, at 10:00 a.m.**

SIGNED at Beaumont, Texas, this 15th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

[1] The motion for continuance appears to be submitted on behalf of Defendants Brooke Crawford (#2), Rian Graham (#3), Kellee Sims (#6), Raysean Graham (#7), and Sylvia Shann (#8), but would additionally apply to Defendant Troi Graham (#4).