IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 1:25-CR-0038(5) |
| TROI GRAHAM | § | |

**DEFENDANT TROI GRAHAM'S MOTION TO DISMISS COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT AND MOTION TO SEVER/VENUE DEFENDANT TROI GRAHAM FROM THE OTHER DEFENDANTS IN THE SECOND SUPERSEDING INDICTMENT FOR LACK OF NEXUS TO THIS DEFENDANT, FOR A BILL OF PARTICULARS, AS TO DEFENDANT TROI GRAHAM'S OVERT ACTIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant TROI GRAHAM, by and through her attorney of record Thomas J. Burbank, files this Motion to Dismiss Count One of the Second Superseding Indictment, Motion to Sever/Venue, Bill of Particulars.

**Dismissal of Count One of the Second Superseding Indictment**

This Count combines several schemes and/or agreements into a single charge. The one act or occurrence attributed to Troi Graham as set out in the Indictment itself is a separate stand-alone occurrence that is apart from the enterprise the Government has charged.

The overt act alleges that "on or about June 19, 2020, Troi Graham wired or caused to be wired to SBA Economic Injury Disaster loan program application that

contained fraudulent representations including G.M.'s misappropriated personal identification information."

Troi Graham is not mentioned anywhere else in the twenty-five (25) overt acts or the paragraphs of manner and means mention her.

Further, the indictment makes no reference or any connection, that Ms. Troi Graham's overt actions were part of the enterprise, as outlined within the indictment.

As set out in other Co-Defendant's motions and the Government's indictment, alleges two (2) schemes;

1) Individual victims the opportunity to invest in the Mildred Drake Family Trust in the refinancing of real estate.
2) To purchase privately owned companies, to induce the owners to give up company assets and control, Carolina's Contracting, LLC.

**<u>Issue One</u>**

Whether Count One is duplicitous because it joins in a single count more than one separate and distinct agreement, being the investment solicitations from investors, North Carolina business purchases, and the SBA applications.

**<u>Issue Two</u>**

If the Court agrees it is duplicitous then this Court should dismiss Count One as to Defendant Troi Graham.

If the Court is reluctant to dismiss then the Government should be ordered to

clarify as to this Defendant, which agreement they intent to proceed against her, protect Graham's right to a unanimous verdict, by a multiple conspiracy instruction, a special verdict form and a limiting instruction.

The indictment does not claim that Troi Graham's loan application was part of the enterprise as set out in the indictment. In support the Government is seeking a money judgment against Troi Graham for $128,900.00 which is the amount of the alleged single loan and has no nexus to either the Mildred Drake Trust or Carolina's Contracting, LLC schemes or participants.

The danger is allowing a jury to convict Troi Graham of the whole five (5) year enterprise without any evidence that she agreed or was involved in any of the other two (2) schemes, either by persuading investors to fund real estate or taking over a construction company.

## **Venue**

The Government's indictment and provided discovery alleges that Defendant Troi Graham was in the state of Michigan. There is no allegation that she did anything in the Eastern District of Texas, she only sent an application to a Federal agency (SBA) from her home state of residence.

Troi Graham can only be tried in the Eastern District of Texas if she joined in an agreement in furtherance of a criminal action to one of the other Co-Defendants within this District.

Within the charging instrument itself it sets out that all of her (Troi Graham's) actions were in Michigan and venue is not proper in Texas.

Severance from the indictment or dismissal from Count One would not conclude this criminal action. It would require the Government to transfer her criminal complaint to the proper district where it occurred.

Troi Graham's loan application would be a small part of a long trial.

**Bill of Particulars and Relief**

Troi Graham asks to be severed from the remaining Co-Defendants so she may be tried in the Federal District in which it occurred.

Second, if not be dismissed from Count One of the indictment as to Troi Graham.

Third, if not, the Court should require the Government to make known to Defense before trial;

1) The one agreement on which it will proceed against her.

This is necessary to properly prepare her defense after sufficient notice by the Government and may determine proper venue, as it relates to Tori Graham.

2) At a minimum the Court should order the Government to prepare a bill of particulars.

Rule 7(f) authorizes the Court to direct the Government to do so. The issues needing to be addressee are

1) What agreement the Government contends she made and what she did to make it?
2) If Troi Graham is part of any scheme, either the Mildred Drake Trust scheme or the Carolina's Contracting, LLC scheme. She should be given notice of the approximate date she joined and each act by which she is alleged to have joined said schemes.
3) If the government, contends the loan application was between another party or person, they should be identified as to each individual along with date and substance of the agreement.
4) G.M.'s personal identifying information, what was the false or fraudulent representations, contained in the application and what money or property was the object of the application?
5) When did Troi Graham obtain G.M.'s information and from and whom it was obtained from?
6) Specify, that this is the only application, Troi Graham is being accused of.
7) What act, the Government contends Troi Graham committed in the Eastern District of Texas?
8) What act does the Government contend Troi Graham, or

anyone acting with her knowledge and agreement committed in the Eastern District of Texas?

9) Request the Government identify the overt act in the Eastern District of Texas on which it relies on for venue as to Troi Graham.

10) What money and/or property the Government contends Troi Graham obtained, directly or indirectly as a result of the offense, charged.

**Joinder**

Troi Graham joins Defendants Rian Graham and Brooke Crawford's Motion to Dismiss Count One as Duplicitous and adopts its legal arguments and authorities insofar they apply to her.

**Rights Preserved**

Tori Graham objects to venue in the Eastern District of Texas and will ask that the jury be instructed on venue. It is the Government's responsibility to prove venue as to Troi Graham, Ms. Graham does not give up that right by going to trial under the Government's indictment.

Further, Troi Graham preserves every other defense and objection that may arise during the trial, and she will seek a judgment of acquittal pursuant to Rule 29 at the appropriate time.

**Prayer**

Troi Graham asks this Court to Consider these issues that are contained in this motion. The issues are;

1) Sever Troi Graham from the remaining Co-Defendants allowing this matter to be transferred to the proper venue jurisdiction;
2) Dismiss Troi Graham from Count One of the Second Superseding Indictment;
3) Order the Government to answer by Bill of Particulars issues raised by Troi Graham;
4) Grant Troi Graham's joinder to all other Co-Defendants pretrial motions that apply to her;
5) Grant any and all other relief to which she is entitled by this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant this Motion, and for such other and further relief to which she may be justly entitled.

Respectfully submitted,

By/s/Thomas J. Burbank

Thomas J. Burbank
6845 Phelan Blvd.
Beaumont, TX 77706
(409)895-0200
FAX (409)895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com

## CERTIFICATE OF CONFERENCE

I do hereby certify that I have not been able to confer with the Assistant U.S. Attorney with regards to same.

/s/Thomas J. Burbank
Thomas J. Burbank

## E- FILE CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument is being served upon all counsel of record herein, by:

E-FILING AND E-SERVICE

On this the 13th day of November, 2026.

/s/Thomas J. Burbank
Thomas J. Burbank