IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 1:25-CR-38(5) |
| TROI GRAHAM | § | |

**NOTICE OF OUT OF TIME JOINDER TO (DKT. 455) DEFENDANT BROOKE CRAWFORD'S RESPONSE AND OBJECTION TO THE GOVERNMENT'S MOTIONS IN LIMINE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes TROI GRAHAM, Defendant, and files this Notice of Out of Time Joinder to (Dkt. 455) Defendant Brooke Crawford's Response and Objection to the Government's Motion *in limine* and shows the following:

I.

The Response and Objection to the Government's Motion *in limine* were due on Wednesday, November 18, at 5:00 p.m., due to Counsel being in an Aggravated Robbery trial in the Criminal District Court of Jefferson County, Texas (*State v. Kevin Hall*, Cause No. F22-40985-0), Counsel was unable to file a response to Government's Motion *in limine* in a timely manner.

At this time, Troi Graham asks the Court to allow her to join out of time to (Dkt. 455) Defendant Brooke Crawford's Response and Objection to the Government's Motion *in limine* and adopts its legal arguments and authorities

insofar they apply to her.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court allow Troi Graham to Join out of time to Defendant Brooke Crawford's Response and Objection to the Government's Motion *in limine*, and for such other and further relief to which she may be justly entitled.

Respectfully submitted,

By/s/Thomas J. Burbank

Thomas J. Burbank
6845 Phelan Blvd.
Beaumont, TX 77706
(409)895-0200
FAX (409)895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com

CERTIFICATE OF CONFERENCE

I do hereby certify that I have not been able to confer with the Assistant U.S. Attorney with regards to same.

/s/Thomas J. Burbank
Thomas J. Burbank

E- FILE CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument is being served upon all counsel of record herein, by:

E-FILING AND E-SERVICE

On this the 19th day of November, 2026.

/s/Thomas J. Burbank
Thomas J. Burbank