IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 1:25-CR-38(5) |
| TROI GRAHAM | § | |

**NOTICE OF JOINDER TO (DKT. 495) DEFENDANT RIAN GRAHAM'S OPPOSED MOTION FOR SEVERANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes TROI GRAHAM, Defendant, and files this Notice of Joinder to (Dkt. 495) Defendant Rian Graham's Opposed Motion for Severance and shows the following:

I.

At this time, Troi Graham asks the Court to allow her to join to (Dkt. 495) Defendant Rian Graham's Opposed Motion for Severance and adopts its legal arguments and authorities insofar they apply to her.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court allow Troi Graham to Join to Defendant Rian Graham's Opposed Motion for Severance, and for such other and further relief to which she may be justly entitled.

Respectfully submitted,

By */s/Thomas J. Burbank*

Thomas J. Burbank
6845 Phelan Blvd.
Beaumont, TX 77706
(409)895-0200
FAX (409)895-0080
State Bar No. 03355340
burbank_hamm@yahoo.com

CERTIFICATE OF CONFERENCE

I do hereby certify that I have not been able to confer with the Assistant U.S. Attorney with regards to same.

*/s/Thomas J. Burbank*
Thomas J. Burbank

E- FILE CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument is being served upon all counsel of record herein, by:

E-FILING AND E-SERVICE

On this the 24th day of November, 2026.

*/s/Thomas J. Burbank*
Thomas J. Burbank