**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38 |
| | § | |
| TROI GRAHAM (5) | § | |

**ORDER**

Defendant Troi Graham is ordered to appear for final pretrial conference and trial on Monday, November 30, 2026, 9:00 a.m., in Courtroom #3, United States Courthouse, 300 Willow Street, Beaumont, Texas.

SIGNED at Beaumont, Texas, this 25th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE